IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMI WOODMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, and DOES A-E,<br><br>  Defendants. | CV 20-153-M-DLC-KLD<br><br>ORDER |

IT IS ORDERED that the preliminary pretrial conference scheduled for January 15, 2021, at 11:00 a.m. will be held telephonically. All counsel shall call 1-866-390-1828 at the designated time to participate in the scheduling conference. When prompted, enter the access code 8447649 followed by #.

DATED this 28th day of December, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge