IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMI WOODMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY and DOES A-E<br><br>      Defendants. | CV 20-153-M-KLD<br><br>**ORDER OF DISMISSAL** |

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 28), representing that the parties have reached a settlement agreement and have stipulated to dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Based on the parties' joint stipulation,

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE. Each party shall pay its own costs and attorneys' fees. The Clerk of Court shall close this case.

DATED this 22nd day of September, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge